&%RP&%D1&%RPDUPLICATE    09CV1011

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653010122
Cashier ID: vklein
Transaction Date: 01/15/2010
Payer Name: OLENDERFELDMAN LLP

PRO HOC VICE
For: OLENDERFELDMAN LLP
Case/Party: D-NYE-1-10-LB-000001-002
Amount:         $25.00

CHECK
Check/Money Order Num: 6026
Amt Tendered:   $25.00

Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00

PRO HAC VICE

HOWARD A MATALON
09CV1011