Kurt D. Olender (KO 5818)
OlenderFeldman LLP
29 West 38th St., 17th Fl.
New York, New York 10018
kolender@olenderfeldman.com

Michael J. Feldman (MF 7889)
2840 Morris Avenue
Union, New Jersey 07041
(908) 964-2486
mfeldman@olenderfeldman.com
Admitted *pro hac vice*

Attorneys for Defendant, Martin Goor,

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN T. DIMARIA, Individually, and as Administratrix of the Estate of GARY DIMARIA, and Derivatively on behalf of CONTRACT FURNITURE WAREHOUSE CORP., CONTRACT FURNITURE PAINTING, LLC, CONTRACT FURITURE INSTALLATIONS, LLC, DEPENDABLE MOVING AND STORAGE, INC., DEPENDABLE MOVING AND STORAGE CORP., SERVICE EAST, INC., and CONTRACT FURNITURE TRANSPORTATION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN GOOR; CFT-IOS, INC., RYAN GOOR, CONTRACT FURNITURE TRANSPORT, INC., CONTRACT FURNITURE TRANSPORT ASSOCIATES, INC., CONTRACT FURNITURE WAREHOUSE CORP., CONTRACT FURNITURE PAINTING, LLC, CONTRACT FURNITURE INSTALLATIONS, LLC, DEPENDABLE MOVING AND STORAGE, INC., DEPENDABLE MOVING AND STORAGE CORP., and CONTRACT FURNITURE TRANSPORTATION, LLC, <br><br> Defendants. | Case No. 1:09-cv-1011(JG) <br><br><br><br> **NOTICE OF MOTION TO DISMISS CLAIMS AGAINST DEFENDANT MARTIN GOOR** |

TO:    Timothy C. Walsh, Esq.
Epstein & Cresci, P.C.
7 Dey Street – 11th Floor
New York, New York 10007
Attorneys for Plaintiffs

Stephen B. Mcnally. Esq.
McNally & Associates, L.L.C.
93 Main St., Suite 201
Newton, N.J. 07860
Attorneys for Defendants CFT-IOS, Inc. and Ryan Goor

Michael Shapanka, Esq.
150 West End Ave.
Somerville, N.J. 08876
Attorneys for Defendants CFT-IOS, Inc. and Ryan Goor

**PLEASE TAKE NOTICE THAT,** on July 8, 2011, at 10:30 a.m., before The Honorable John Gleeson, U.S.D.J., at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, or as soon thereafter as counsel may be heard, Defendant, Martin Goor ("Defendant"), by and through his attorneys, OlenderFeldman LLP, shall move pursuant to Fed. R. Civ. P. 12(b)(6) for an Order to Dismiss the Second, Third and Fourth Causes of Action in the Second Amended Complaint against Defendant for failure to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE THAT** in support of his Motion, Defendant shall rely upon their Brief submitted herewith (which incorporates earlier Certifications submitted in this matter). Defendant also submits a proposed form of Order.

**PLEASE TAKE FURTHER NOTICE THAT** oral argument is requested if opposition is filed.

                                            OLENDERFELDMAN LLP
                                            Attorneys for Defendant

DATED: May 2, 2011          BY:          _____
                                              MICHAEL J. FELDMAN

1i