Kurt D. Olender (KO 5818)
OlenderFeldman LLP
29 West 38th St., 17th Fl.
New York, New York 10018
kolender@olenderfeldman.com

Michael J. Feldman (MF 7889)
2840 Morris Avenue
Union, New Jersey 07041
(908) 964-2486
mfeldman@olenderfeldman.com
Admitted *pro hac vice*

Attorneys for Defendant, Martin Goor,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN T. DIMARIA, Individually, and as Administratrix of the Estate of GARY DIMARIA, and Derivatively on behalf of CONTRACT FURNITURE WAREHOUSE CORP., CONTRACT FURNITURE PAINTING, LLC, CONTRACT FURITURE INSTALLATIONS, LLC, DEPENDABLE MOVING AND STORAGE, INC., DEPENDABLE MOVING AND STORAGE CORP., SERVICE EAST, INC., and CONTRACT FURNITURE TRANSPORTATION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN GOOR; CFT-IOS, INC., RYAN GOOR, CONTRACT FURNITURE TRANSPORT, INC., CONTRACT FURNITURE TRANSPORT ASSOCIATES, INC., CONTRACT FURNITURE WAREHOUSE CORP., CONTRACT FURNITURE PAINTING, LLC, CONTRACT FURNITURE INSTALLATIONS, LLC, DEPENDABLE MOVING AND STORAGE, INC., DEPENDABLE MOVING AND STORAGE CORP., and CONTRACT FURNITURE TRANSPORTATION, LLC, <br><br> Defendants. | Case No. 1:09-cv-1011(JG) <br><br><br> ORDER |

**THIS MATTER**, having been brought before the Court by Motion to Dismiss the Second, Third and Fourth Causes of Action in the Second Amended Complaint against Martin

Goor ("Defendant"), by and through Defendant's attorneys OlenderFeldman LLP; and the Court having considered all submissions and arguments of the parties; and for good cause shown:

**IT IS ON THIS** _____ day of July, 2011;

**ORDERED** that Defendant's Motion to Dismiss be and hereby is GRANTED in its entirety; and it is further

**ORDERED** that the Second, Third and Fourth Causes of Action in the Second Amended Complaint be and hereby are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(6); and it is further

**ORDERED**, that a copy of this Order shall be served upon counsel for the parties via ECF.

_____
HON. JOHN GLEESON, U.S.D.J.