UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN T. DIMARIA, Individually and as Administratrix of the Estate of GARY DIMARIA, and, Derivatively on behalf of CONTRACT FURNITURE WAREHOUSE CORP., CONTRACT FURNITURE PAINTING, LLC, CONTRACT FURNITURE INSTALLATIONS, LLC, DEPENDABLE MOVING AND STORAGE INC., DEPENDABLE MOVING AND STORAGE CORP., and CONTRACT FURNITURE TRANSPORTATION, LLC, <br><br>       Plaintiffs, <br>-against- <br><br>MARTIN GOOR, CONTRACT FURNITURE TRANSPORT, INC., CONTRACT FURNITURE TRANSPORT ASSOCIATES, INC., CFT-IOS, INC., RYAN GOOR, CONTRACT FURNITURE WAREHOUSE CORP., CONTRACT FURNITURE PAINTING, LLC,  CONTRACT FURNITURE INSTALLATIONS, LLC, DEPENDABLE MOVING AND STORAGE, INC., DEPENDABLE MOVING AND STORAGE CORP., and CONTRACT FURNITURE TRANSPORTATION, LLC, <br><br>       Defendants. | Index No:  1:09-CV-1011 (JG) <br><br> **STIPULATION REGARDING** <br> **SUBSTITUTION OF COUNSEL** |

  IT IS HEREBY CONSENTED that NORRIS MCLAUGHLIN & MARCUS, P.A. be and hereby is substituted as counsel for defendants, Contract Furniture Transport, Inc. and Contract Furniture Transport Associates, Inc. (jointly, "Defendants") in place and stead of Orlender Feldman, LLP.

Dated:  New York, New York
    May 2, 2011

| | |
|---|---|
| ORLENDER FELDMAN, LLP | NORRIS MCLAUGHLIN & MARCUS, P.A. |
| BY: /s/ Michael J. Feldman <br>    Michael J. Feldman <br> 2840 Morris Avenue <br> Union, New Jersey 07083 <br> (908) 624-2485 | BY: /s/ Melissa A. Peña <br>    Melissa A. Peña <br> 875 Third Avenue – 8th Floor <br> New York, New York 10022 <br> (212) 808-0700 |
| Outgoing counsel for Defendants | Incoming counsel for Defendants <br><br> /s/ Steven Mitnick <br> Steven Mitnick as Assignee of Defendants |