UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN T. DIMARIA, Individually and as Administratrix of the Estate of GARY DIMARIA, and, Derivatively on behalf of CONTRACT FURNITURE WAREHOUSE CORP., CONTRACT FURNITURE PAINTING, LLC, CONTRACT FURNITURE INSTALLATIONS, LLC, DEPENDABLE MOVING AND STORAGE INC., DEPENDABLE MOVING AND STORAGE CORP., and CONTRACT FURNITURE TRANSPORTATION, LLC,<br><br>                                                Plaintiffs,<br>     -against-<br><br>MARTIN GOOR, CONTRACT FURNITURE TRANSPORT, INC., CONTRACT FURNITURE TRANSPORT ASSOCIATES, INC., CFT-IOS, INC., RYAN GOOR, CONTRACT FURNITURE WAREHOUSE CORP., CONTRACT FURNITURE PAINTING, LLC,  CONTRACT FURNITURE INSTALLATIONS, LLC, DEPENDABLE MOVING AND STORAGE, INC., DEPENDABLE MOVING AND STORAGE CORP., and CONTRACT FURNITURE TRANSPORTATION, LLC,<br><br>                                                Defendants. | **Index No:  1:09-CV-1011 (JG)**<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a), attorneys for defendants, Contract Furniture Transport, Inc. and Contract Furniture Transport Associates, Inc. (jointly, "Defendants"), provide the following Corporate Disclosure Statement and certify that Defendants have *no* parent corporation that is public held owning 10% or more of their stock.

                                                  **NORRIS, McLAUGHLIN & MARCUS, PA**
                                                  Attorneys for Defendants, Contract Furniture Transport, Inc. and Contract Furniture Transport Associates, Inc.

Dated:  May 2, 2011                            By: /s/ Melissa A. Peña
                                                     Melissa A. Peña
                                                     875 Third Avenue, 8th Floor
                                                     New York, New York 10022
                                                     Telephone:  (212) 808-0800