AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Jean T. DIMARIA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:09-cv-1011(JG) |
| MARTIN GOOR et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jean T. DiMaria

Date: 05/02/2011

*Attorney's signature*

Timothy C. Walsh  State Bar #
*Printed name and bar number*

Epstein & Cresci, PC
7 Dey St., 11th Fl.
New York, NY  10007

*Address*

epcres@aol.com
*E-mail address*

(212) 233-8300
*Telephone number*

(212) 233-8325
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2011, the foregoing document was filed in accordance with the Federal Rules of Civil Procedure, the United States District Court, Eastern District of New York Local Rules, and the ECF User's Guide, electronically through the ECF system, and to the best of my knowledge, notice of this filing will be transmitted to all parties through the Court's ECF system.

I hereby certify that on May 4, 2011, pursuant to the United States District Court for the District of New York Local Rules and the ECF User's Guide, a *Courtesy Copy*, in hard copy form, of the forgoing document, is being submitted by way of Federal Express overnight delivery to Magistrate Judge Robert M. Levy, U.S. District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York. 11201.

                                                     *Holly Chen*
                                                   Holly Chen