UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN T. DIMARIA, Individually, and as Administratrix of the Estate of GARY DIMARIA, and Derivatively on behalf of CONTRACT FURNITURE TRANSPORT, INC., CONTRACT FURNITURE TRANSPORT ASSOCIATES, INC., CONTRACT FURNITURE WAREHOUSE CORP., CONTRACT FURNITURE PAINTING, LLC, CONTRACT FURNITURE INSTALLATIONS, LLC, DEPENDABLE MOVING AND STORAGE, INC., DEPENDABLE MOVING AND STORAGE CORP., SERVICE EAST, INC., and CONTRACT FURNITURE TRANSPORTATION, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN GOOR; CFT-IOS, INC., RYAN GOOR, CONTRACT FURNITURE TRANSPORT, INC. and CONTRACT FURNITURE TRANSPORT ASSOCIATES, INC., CONTRACT FURNITURE TRANSPORT, INC., CONTRACT FURNITURE TRANSPORT ASSOCIATES, INC., CONTRACT FURNITURE WAREHOUSE CORP., CONTRACT FURNITURE PAINTING, LLC, CONTRACT FURNITURE INSTALLATIONS, LLC, DEPENDABLE MOVING AND STORAGE, INC., DEPENDABLE MOVING AND STORAGE CORP., SERVICE EAST, INC., and CONTRACT FURNITURE TRANSPORTATION, LLC,<br><br>Defendants. | Case No. 1:09-cv-1011(JG)<br><br>STIPULATION OF DISMISSAL |

It is hereby stipulated and agreed on consent, by and between the attorneys for the parties hereto, that Plaintiffs' Complaint be and hereby is DISMISSED WITH PREJUDICE as to all claims against all parties, and without costs.

Dated:   July 30, 2012

EPSTEIN & CRESCI, PC

By: _____
Tim Walsh, Esq.
7 Dey St., 11th Fl.
New York, New York 10007
(212) 233-8300
*Attorneys for Plaintiffs*

OLENDERFELDMAN LLP

By: _____
Michael J. Feldman (MF 7889)
2840 Morris Avenue
Union, New Jersey 07083
(908) 964-2486
*Attorneys for Defendant,
Martin Goor*

NORRIS, McLAUGHLIN & MARCUS PA

By: _____
Melissa A. Pena, Esq. (MP 3320)
875 Third Avenue, 8th Floor
New York, New York 10022
(212) 808-0700
*Attorneys for CFT, Inc. and CFT
Associates, Inc.*

SO ORDERED:

_____
Hon. Judge John Gleeson, U.S.D.J.